UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CONRAD GULBRONSON,<br><br>           Plaintiff,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>           Defendants.<br>_____/ | 1:05-cv-00250-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff Eric Conrad Gulbronson ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 10, 2005, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed June 10, 2005, is ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of March 29, 2005.

IT IS SO ORDERED.

**Dated: July 14, 2005**        /s/ Robert E. Coyle
668554                          UNITED STATES DISTRICT JUDGE

2